UNITED STATES DISTCICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DAMION M. MILLER | CIVIL ACTION NO. 19-1587 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| WARDEN BILLY TIGNER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, together with Plaintiff's Objection [Doc. No. 25] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Damion M. Miller's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 1st day of June, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE